_____

No. 96-1649WM
_____

Richard D. McMillin,                    *
                                        *
            Appellant,                  *   On Appeal from the United
                                        *   States District Court
       v.                               *   for the Western District
                                        *   of Missouri
                                        *
Michael Bowersox,                       *   [To Be Published]
                                        *
            Appellee.                   *

_____

Submitted:  November 18, 1996

Filed:  December 31, 1996
_____

Before RICHARD S. ARNOLD, Chief Judge, MAGILL, Circuit Judge, and
      LONGSTAFF,* District Judge.
_____


PER CURIAM.

      The Court has received a Suggestion of Death in the above-
captioned appeal.  The suggestion reports that Richard McMillin,
appellant, died at the Potosi Correctional Center on December 2,
1996.

      McMillin was before our Court appealing the denial of his
petition for a writ of habeas corpus.  Since his imprisonment ended
upon his death, and there can be no future collateral consequences

_____

      *The Hon. Ronald E. Longstaff, United States District Judge
for the Southern District of Iowa, sitting by designation.

flowing from his imprisonment, his collateral attack is moot. <u>Lane v. Williams</u>, 455 U.S. 624 (1982); <u>McMann v. Ross</u>, 396 U.S. 118 (1969).

Accordingly, the appeal is dismissed as moot, the judgment of the District Court is vacated, and the case is remanded with instructions to dismiss the petition as moot. See <u>United States v. Munsingwear, Inc.</u>, 340 U.S. 36, 39-41 (1950).

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.